No. 00–10769.  MANN v. THALACKER, WARDEN.  C. A. 8th Cir. Motion of respondent to strike petition for writ of certiorari and to seal petitioner's appendix granted without prejudice to counsel for petitioner submitting a redacted petition for writ of certiorari, with the appendix under seal, on or before October 22, 2001.

No. 01–163.  IN RE RETTIG.  C. A. 6th Cir.  Petition for writ of common-law certiorari denied.

No. 01–5349.  IN RE YOUNG.  D. C. W. D. Ky.  Petition for writ of common-law certiorari denied.